STATE of Missouri, Respondent,

v.

James Joseph HAMILTON, Appellant.

No. WD 69404.

Missouri Court of Appeals,
Western District.

Oct. 27, 2009.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Dec. 22, 2009.

Appellant acting pro se.

Shaun J. Mackelprang and Jayne T. Woods, Jefferson City, MO, for respondent.

Before ALOK AHUJA, P.J., JAMES M. SMART, JR., and LISA WHITE HARDWICK, JJ.

### *Order*

PER CURIAM:

James Joseph Hamilton appeals the judgment denying his post-conviction motion for DNA testing and release of sentence pursuant to section 547.035. The judgment is affirmed pursuant to Rule 84.16(b).